1  ERIK G. BABCOCK, Bar No. 172517
   LAW OFFICES OF ERIK BABCOCK
2  1212 Broadway, Suite 726
   Oakland, CA 94612-3423
3  (510) 452-8400 Tel
   (510) 452-8405 Fax
4
   Attorneys for the Defendant
5  ALFONSO LUA FLORES

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,                    No. CR 10-00048 DLJ
12
            Plaintiff,                          **STIPULATION AND**
13                                              **ORDER CONTINUING HEARING**
   v.
14
   ALFONSO LUA FLORES,
15
            Defendant.                 /
16
         This matter is currently set for change of plea hearing on July 16, 2010.  However, counsel
17
   for defendant only recently concluded a six week murder trial in state court and has not been able
18
   to schedule the necessary contact visit time at the jail with an interpreter to review the proposed plea
19
   agreement and discuss it with the defendant.  Additionally, when this matter was scheduled defense
20
   counsel did not realize that he was already scheduled to be out of the area on July 16, 2010.
21
         Therefore, IT IS HEREBY STIPULATED that the hearing currently set for July 16, 2010
22
   at 10:00 a.m. may be vacated and continued one week to July 23, 2010 at 10:00 a.m.
23
         The parties agree the ends of justice served by granting the continuance outweigh the best
24
   interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and
25
   ///
26
   ///
27
   ///
28

   STIPULATION AND ORDER CONTINUING HEARING

1  request that the Court exclude time between the last court appearance on June 25, 2010 and July 23,
2  2010 under the Speedy Trial Act for effective preparation of counsel and continuity of defense
3  counsel.

4  **SO STIPULATED**.

6  Dated: July 13, 2010                    /S/James Mann
                                           Assistant United States Attorney

9  Dated: July 13, 20110                   /S/Erik Babcock
                                           Attorney for Defendant

12  **SO ORDERED**.

13  DATED: July 15, 2010
14                                         HONORABLE D. LOWELL JENSEN
                                           United States District Judge